A89A2223. THE STATE v. LIPSKY.
(390 SE2d 677)

DEEN, Presiding Judge.

The facts in this case are set forth in *State v. Lipsky*, 191 Ga. App. 842 (383 SE2d 204) (1989). After reversal by this court, Lipsky renewed his motion for discharge and acquittal. At the hearing on the motion, the trial court found that the case was received and filed on February 8, 1988. It contained the uniform traffic citation, and the trial court then granted appellee's motion to dismiss. We find no error and affirm.

*Judgment affirmed. Birdsong and Benham, JJ., concur.*

Decided November 16, 1989 —
Rehearing denied November 28, 1989 — 

*Gerald N. Blaney, Solicitor, David M. Fuller, Assistant Solicitor,* for appellant.
*John B. Tucker,* for appellee.